MOORE v. MOORE.

(Court of Civil Appeals of Texas. San Antonio. Dec. 20, 1911.)

APPEAL AND ERROR (§ 387*)—FILING BOND—TIME.

Rev. St. 1895, art. 1387, provides that an appeal bond shall be filed within 20 days after the term at which the judgment appealed from was entered, unless term of the court continues more than eight weeks, or the party appealing resides without the county from which the appeal was taken. *Held,* that where an appeal was taken from the A. district court, the term of which was less than eight weeks, and the record showed that appellant's residence was within the county, failure to file the bond until 24 days after adjournment was fatal.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2064–2074; Dec. Dig. § 387.*]

Appeal from District Court, Aransas County; E. A. Stevens, Judge.

Action between C. H. Moore and C. J. Moore. Judgment for the latter, and the former appeals. Dismissed.

A. L. Matlock and Butler L. Knight, for appellant.

COBBS, J. Appellee moves the court to dismiss the appeal on the ground that the district court adjourned September 9, 1911, and the bond in this case was not filed in said court until October 3, 1911—24 days after the adjournment of the trial court. An inspection of the record shows the facts to be as stated in the motion.

Article 1387, R. S. 1895, requires the bond to be filed within 20 days after the expiration of the term, unless the court by law may continue more than 8 weeks, or the party appealing resides without the county from which appeal is taken. The term of the Aransas district court is for less than 8 weeks, and the record alleges the residence of appellant to be in that county. It therefore follows the motion must be and is hereby granted, and said cause is accordingly dismissed, at appellant's cost.